UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN NAPOLES GARCES,

      Petitioner,

      v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
US ATTORNEY GENERAL,

      Respondents,

Case No. 2:26-cv-2075-KCD-KRH

## **ORDER**

Petitioner Juan Napoles Garces has filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id*. at 7-8.) The Government has responded and concedes that it cannot show Garces is likely to be deported as *Zadvydas* requires. (Doc. 8.) Accordingly, the habeas petition is **GRANTED** as set forth below.

Because the Government cannot show any real prospect of deportation, the Court finds no significant likelihood that Garces will be removed in the reasonably foreseeable future. He is therefore entitled to release from ICE custody under *Zadvydas*. But that release is not a free pass—he remains subject to the conditions of his prior supervision and any additional

conditions that may be imposed. To the extent Garces raised any other claims, they are denied. He is entitled to no other relief from the facts presented.

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are ordered to **RELEASE** Petitioner Garces from custody within 48 hours of this order under the prior conditions of supervision or any other conditions reasonably imposed, which Garces must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ENTERED** in Fort Myers, Florida on July 7, 2026.

Kyle C. Dudek
United States District Judge